IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-515-FL


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CRUZ PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| A JC HIGGINS REVOLVER, MODEL 90, | ) |
| .22 CALIBER, SERIAL NUMBER 1212808, | ) |
| AND ANY AND ALL ACCOMPANYING | ) |
| AMMUNITION, | ) |
| | ) |
| Defendants. | ) |

---

**DEFAULT**

---

Upon motion and proper showing by the attorney for the

plaintiff, the United States of America, default is hereby

entered against the defendants for having failed to appear,

plead, or otherwise defend as provided by Rule 55 of the Federal

Rules of Civil Procedure.

This the 13th day of January , 2014.


_____
JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina